UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:19-cr-441 CDP |
| RASHEME BRIDGES, | ) | |
| Defendant. | ) | |

### DEFENDANT'S SECOND UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW Defendant, Rasheme Bridges, by and through counsel, and moves this Court, pursuant to 18 U.S.C. § 3145(a)(2), to modify condition 7(f) of his conditions of release to permit him to reside at 3042 Country Green, Apt C., in Florissant, rather than 4938 Margaretta in the City of St. Louis. In support of this motion, Defendant states as follows:

1. On July 9, 2020, this Court admitted Defendant to bail on a combination of conditions of release designed to reasonably assure his appearance as required and the safety of any other person and the community. *See* Order Setting Conditions of Release [Doc. Text #50].

2. Conditions 7(f) is among the conditions this Court imposed. *See id.*

3. Condition 7(f) requires Defendant to reside with his mother at 4938 Margaretta in St. Louis.

4. Defendant would prefer to reside with his fiancé at 3042 Country Green, Apt. C., in Florissant.

5. Defendant believes it is in his best interest to reside with his fiancé while on release. *See id.*

1

6. Defendant, through counsel, has discussed this matter with Assistant United States Attorney, Angie Danis.

7. Ms. Danis does not object to Defendant's request.

8. Defendant, through counsel, has discussed this matter with Pretrial Services Officer Michael Warren.

9. Mr. Warren does not object to Defendant's request.

WHEREFORE, Defendant moves this Court, pursuant to 18 U.S.C. § 3145(a)(2), to modify condition 7(f) of his conditions of release to permit him to reside at 3042 Country Green, Apt C., in Florissant, rather than 4938 Margaretta in St. Louis.

Respectfully submitted,

By: /s/ Adam D. Fein

ADAM D. FEIN, # 52255 MO
Attorney for Defendant
120 Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332
afein@rsflawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Angie Danis, Assistant United States Attorney.