UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:19-CR-00441-CDP |
| RASHEME BRIDGES, | ) ) ) | |
| Defendant. | ) ) | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

COMES NOW, the United States of America, by and through Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Angie E. Danis, Assistant United States Attorney for said District, and moves to dismiss Counts 1, 2, and 3 in the above-captioned Indictment as to defendant Rasheme Bridges pursuant to the plea agreement entered in cause number 4:19-CR-00166-CDP.

*Granted and So Ordered*
*Catherine D. Perry*
*10/5/20*

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Angie E. Danis*
ANGIE E. DANIS, #64805MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, MO 63102